NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK E. SANBORN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3046

---

Petition for review of the Merit Systems Protection Board in No. DA315H110431-B-1.

---

**JUDGMENT**

---

MARK E. SANBORN, of El Paso, Texas, pro se.

DANIEL G. KIM, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director. Of counsel on the brief were JOHN F. LOPEZ and ALLEN THOMAS, Attorneys,

Office of the Staff Judge Advocate, United States Department of the Army, of Fort Bliss, Texas.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN, and DYK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 12, 2013          /s/  Daniel E. O'Toole
         Date                         Daniel E. O'Toole
                                         Clerk